UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. __1:18-99__ |
| | ) | 26 U.S.C. § 7206(1) |
| | ) | 18 U.S.C. § 656 |
| v. | ) | 18 U.S.C. § 982(a)(2) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **CARRIE B. CALDWELL** | ) | **INFORMATION** |

COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 29, 2016, in the District of South Carolina, **CARRIE B. CALDWELL,** a resident of Aiken, South Carolina, did willfully make and subscribe an Internal Revenue Service form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which **CARRIE B. CALDWELL** did not believe to be true and correct as to every material matter.  That Internal Revenue Service Form 1040, which was electronically filed with the Internal Revenue Service, stated that her taxable income for the calendar year 2015 was the sum of $35,352, and that the amount of tax due and owing thereon was the sum of $3,649.  In fact, as she then and there knew, her taxable income for the calendar year was at least the sum of $338,782, upon which taxable income there was owing to the United States of America an income tax of at least $95,017;

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That between in or about December 2010 and in or about January 2016, in the District of South Carolina, **CARRIE B. CALDWELL,** who was then a branch manager and employee of Regions Bank, a financial institution with deposits insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud, knowingly and willfully did embezzle, abstract, purloin and misapply over $1,000 of the funds owned by and entrusted to the custody and care of Regions Bank;

In violation of Title 18, United States Code, Section 656.

## **FORFEITURE**

A. <u>THEFT, EMBEZZLEMENT BY BANK A EMPLOYEE</u>:

1. Upon conviction for a violation of Title 18, United States Code, Section 656 as charged in Count 2 of this Information, the Defendant, **CARRIE B. CALDWELL**, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offenses, including, but not limited to the following:

B. The property subject to forfeiture includes, but is not limited to, the following:

1. <u>CASH PROCEEDS/MONEY JUDGMENT</u>:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly from the offenses charged in the Indictment, that is, a minimum of approximately $600,000.00 in United States currency, and all interest and proceeds traceable thereto

2. <u>REAL PROPERTY</u>:

571 Johnson Mill Road
Aiken, South Carolina 29805
TMS #: 135-07-01-039

<u>TRACT 2:</u>

All those certain pieces, parcels or tract of lands, with any improvements thereon, situate, lying and being north of the City of Aiken, in the County of Aiken, in the State of South Carolina, being shown and designated as **LOTS 26, 27, 29, 31, 32 and 34** as shown on a Final Plat of **WILDWOOD LAKE SUBDIVSION, PHASE II**, prepared for Atlantic Coast Properties, Inc. and by Hass & Hilderbrand, Inc., dated November 12, 2001, and recorded July 3, 2003, in the Office of the Register of Deeds for Aiken County, SC in Plat Book 46 at page 316; and having the boundaries and measurements as shown on said plat, reference being craved thereto as often as is necessary for a more complete and accurate legal description.

       This being portions of the same property conveyed to Atlas SC I SPE, LLC by deed of Branch Banking and Trust Company dated September 17, 2010, and recorded on September 21, 2010, in Deed Volume 4325 at page 311.

       TMS #: 135-07-01-039

3. <u>Vehicle</u>:

       2015 Chevrolet Tahoe
       VIN: 1GNSCBKC9FR745442
       Titled in the name of: Carrie B. Caldwell

4. <u>Watercraft</u>:

       2006 Azure AZ 2400
       HIN: ETW91365B606
       Title Number: WAD0006278
       Titled in the name of: Carrie B. Caldwell

C.    SUBSTITUTE ASSETS:

1.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant –

      (a)    cannot be located upon the exercise of due diligence;
      (b)    has been transferred or sold to, or deposited with, a third person;
      (c)    has been placed beyond the jurisdiction of the Court;
      (d)    has been substantially diminished in value; or
      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the forfeitable property;

4

Pursuant to Title 18, United States Code, Section 982(a)(2) and Title 28, United States Code, Section 2461(c).

*[signature]*
BETH DRAKE (TDP)
UNITED STATES ATTORNEY