IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 1:18-099 |
| | ) | |
| v. | ) | |
| | ) | |
| **CARRIE B. CALDWELL** | ) | |

## MOTION FOR DOWNWARD DEPARTURE

Defendant Carrie B. Caldwell is awaiting sentencing pursuant to her plea to one count of filing false tax returns in violation of Title 26, United States Code Section 7206 (1) and embezzlement by a bank employee in violation of Title 18, United States Code Section 656.   The Government submits that Caldwell provided substantial assistance in both the investigation of bank embezzlement as well as information in the investigation of R.S.C., a person being investigated in the District of South Carolina for mail and credit card fraud.   The Government respectfully requests that the Court grant this motion for downward departure.

Caldwell began her cooperation pre-indictment, shortly after her arrest by state officials. Caldwell immediately admitted her wrongdoing and absolved others of guilt or complicity in her crimes.   Caldwell continued to cooperate after retaining counsel, Deborah Barbier.   After conferring with her attorney, Caldwell entered into a plea agreement with the Government on January 26, 2018.   Caldwell participated in an interview with the government on April 23, 2018, pursuant to her plea agreement.   As Caldwell had already admitted her guilt, the interview focused on her knowledge of other criminal activity.   During the interview, Caldwell provided information about P.S.C.   P.S.C. has a previous federal conviction for mail fraud and is currently under investigation for additional mail and wire frauds.   Caldwell indicated that she worked for

P.S.C. for approximately one week in 2016.   Caldwell indicated that she observed evidence that P.S.C. was involved in a variety of credit card, bank and wire frauds.   Specifically, Caldwell observed that P.S.C.'s business received credit card notices in other's names.   Additionally, Caldwell recounted an instance of P.S.C.'s business cashing a fraudulent check.   Caldwell indicated this check led to the arrest of P.S.C. by local authorities.   Caldwell denied participating in any fraud with P.S.C.   Caldwell also indicated that P.S.C. was purchasing "pills" from another individual in Aiken.

During the course of her cooperation, Caldwell provided information about her role in the theft of funds from the bank's account holders.   Specifically, and usefully, Caldwell provided exculpatory information showing that she was solely responsible for the taking the funds, exonerating other suspects the government would have had to spend resources investigating. Caldwell did not provide new information concerning P.S.C., however, the information she did provide supplemented the agents' understanding of the case and likely will provide them with some assistance during the course of the investigation.   Overall, the information provided by Caldwell was useful, at a minimum, in saving the government the time and expense of investigating individuals innocent of Caldwell's crime.

Based on the above cooperation, the government submits that Carrie B. Caldwell provided substantial assistance in the investigation of her own case.   It is unclear at this moment whether the information related to P.S.C. will prove to be useful in his prosecution, however, the information provided by Caldwell appears to support the government's on-going investigation and Caldwell may be a witness in the future.   The Government respectfully moves this Court for a downward departure, pursuant to U.S.S.G. §5(K)1.1 and Title 18, United States Code § 3553(e).

Respectfully submitted,

BETH DRAKE
UNITED STATES ATTORNEY

By: s/T. DeWayne Pearson
T. DeWayne Pearson (#10859)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201

May 10, 2018