The Honorable Cameron McGowan Currie
Senior US District Judge
901 Richland Street
Columbia SC 29201

April 21, 2022

Dear Judge Currie:

My probation officer, Taylor Noble, directed me to you for permission to travel. My family is planning a cruise in celebration of my brothers' birthday in September. The cruise would leave Port Canaveral, FL and sail to Haiti and the Bahamas and then back to Fort Lauderdale.

I have been on probation for two years with no violations or incidents and all of my restitution payments have been made on time. I will be happy to provide any other information you may need to consider this request.

Thank you very much for your time and consideration.

Best Regards,

*Carrie Caldwell*

Carrie Caldwell